**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**GEORGE FERNANDEZ,**

    **Plaintiff,**

**v.**                                          **Case No: 5:16-cv-326-Oc-34PRL**

**CITY OF FRUITLAND PARK**

    **Defendant.**

___

### ORDER APPOINTING MEDIATOR

Pursuant to the Order referring this case to mediation issued by this Court which addressed selection of a mediator, and in accordance with the rules governing mediation set forth in Chapter Nine of the rules of the United States District Court for the Middle District of Florida, **IT IS ORDERED THAT:**

The following individual is appointed to serve as mediator in this action with the mediation to be completed by **APRIL 28, 2017**.

| | |
|---|---|
| Name: | Renee Thompson |
| Firm's Name and Address: | Concord Square Building, 7 East Silver Springs Boulevard, Suite 500, Ocala, Florida 34470 |
| Telephone Number: | (352) 877-4767 |

Accordingly, the parties' motion to appoint a mediator (Doc. 25) is **GRANTED**.

**DONE** and **ORDERED** in Ocala, Florida on January 5, 2017.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Renee Thompson